UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., **Plaintiff,** v. MANGUR LLC, a Virginia Limited Liability Company; MANINDER ANAND, an individual; and MONICA ANAND, an individual **Defendants.** | No. 15-cv-2027 (KM)(JBC) **ORDER** |

**THIS MATTER** having come before the court on the motion for default judgment (ECF No. 9) of Plaintiff Days Inns Worldwide, Inc.; and the motion being unopposed; in accordance with the accompanying Opinion, and good cause appearing therefor:

**IT IS** this 4th day of March, 2016,

**ORDERED** that Plaintiff's motion for default judgment as to both Defendants (ECF No.9) is GRANTED, and that a separate JUDGMENT shall be entered against Defendants, jointly and severally.

The clerk shall close the file.

_____
Kevin McNulty
United States District Judge